[Grafton, June, 1883.]

## WHITCOMB *v.* STRAW.

CASE for slander. Report of a referee for the plaintiff.

*Barnard & Barnard,* for the defendant.

*F. D. Currier* and *J. M. Shirley,* for the plaintiff.

DOE, C. J. There being evidence on which the plaintiff could prevail, he is entitled to

*Judgment on the report.*

BLODGETT, J., did not sit: the others concurred.

---

[Grafton, June, 1883.]

## NATIONAL BANK OF NEWBURY *v.* PENACOOK SAVINGS BANK.

62b 703
67 317

ASSUMPSIT. Verdict for the plaintiffs.

*Bingham, Mitchells & Batchellor,* for the defendants.

*Bingham, Aldrich & Remich,* for the plaintiffs.

DOE, C. J. There was evidence on which the jury might find for the plaintiffs, and the motion for a nonsuit was rightly denied.

*Judgment on the verdict.*

BLODGETT and CARPENTER, JJ., did not sit; the others concurred.